**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Jose Antonio MARRERO, Petitioner.**

Supreme Court of Pennsylvania.

April 28, 1997.

### ORDER

PER CURIAM.

AND NOW, this 28th day of April, 1997, upon consideration of petitioner's emergency motion for a stay of execution pending the filing and resolution of a petition for a writ of certiorari, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Marrero*, 546 Pa. 596, 687 A.2d 1102 (1996).

**Susan KUROPATAWA, Petitioner,**

v.

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
Respondent.**

Supreme Court of Pennsylvania.

April 28, 1997.

Ross Begelman, for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 28th day of April, 1997, the Petition for Allowance of Appeal is granted limited to Issue A:

Does an insured have standing to file suit against his automobile insurance carrier to compel payment of his medical bills when payment has been denied based upon a Peer Review Report requested under 75 Pa.C.S.A. § 1797(b).